GIBSON OAT CRUSHER CO. v. CITY FUEL CO.

(Circuit Court of Appeals, Seventh Circuit. November 15, 1912.)

No. 1,918.

PATENTS (§ 328*)—INFRINGEMENT—FEED CRUSHER.

The Gibson patent, No. 923,966, for a feed crusher, in view of the narrow construction required by the prior art, *held* not infringed by the machine of the Bell patent, No. 796,255.

Appeal from the District Court of the United States for the Eastern Division of the Northern District of Illinois; Christian C. Kohlsaat, Judge.

Suit in equity by the Gibson Oat Crusher Company against the City Fuel Company. Decree for defendant, and complainant appeals. Affirmed.

For opinion below, see 195 Fed. 772.

Charles O. Shervey, of Chicago, Ill., for appellant.

Barthel & Barthel, of Detroit, Mich. (Otto F. Barthel and C. R. Stickney, both of Detroit, Mich., and William L. Hall, of Chicago, Ill., of counsel), for appellee.

Before BAKER and SEAMAN, Circuit Judges.

PER CURIAM. This appeal is from a decree, on final hearing of the appellant's bill alleging infringement of letters patent No. 923,966, which was dismissed by the District Court for want of equity.

No error appearing therein, the decree is affirmed, on the opinion filed by Judge Kohlsaat, as reported in 195 Fed. 772.